# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday the 7th day of November, 2019.*

Present: Lemons, C.J., Goodwyn, Mims, Powell, Kelsey, and McCullough, JJ., and Millette, S.J.

Andrew Gilbert Schmuhl,                                                    Appellant,

  against                   Record No. 181596
                             Court of Appeals No. 1572-16-4

Commonwealth of Virginia,                                                Appellee.

                                       Upon an appeal from a judgment rendered by the Court of Appeals of Virginia.

In this case, we awarded appellant an appeal from the judgment of the Court of Appeals, which affirmed appellant's convictions for two counts of abduction with intent to gain pecuniary benefit, two counts of aggravated malicious wounding, two counts of using or displaying a firearm during the commission of an aggravated malicious wounding, and burglary while armed with a deadly weapon. *See Schmuhl v. Commonwealth*, 69 Va. App. 281, 312-13 (2018).

We have considered the record, briefs, and arguments of counsel, and for the reasons stated in the opinion of the Court of Appeals, we will affirm the judgment.

This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and to the Circuit Court of Fairfax County.

A Copy,

Teste:

Douglas B. Robelen, Clerk

By:

Deputy Clerk